UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

James Doherty

    v.                              Case No. 23-cv-392-LM-AJ

Northern NH Correctional Facility

ORDER

No objection having been filed, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated March 6, 2025. "'[O]nly those issues fairly raised by the objections to the magistrate's report are subject to review in the district court and those not preserved by such objection are precluded on appeal.'" School Union No. 37 v. United Nat'l Ins. Co., 617 F.3d 554, 564 (1st Cir. 2010) (quoting Keating v. Secretary of Health & Human Servs., 848 F.2d 271, 275 (1st Cir.1988)); see also United States v. Valencia-Copete, 792 F.2d 4, 6 (1st Cir. 1986) (after proper notice, failure to file a specific objection to magistrate's report will waive the right to appeal).

The clerk shall enter judgment and close the case.

                                                        _____
                                                        Landya B. McCafferty
                                                        United States District Judge

Date: April 18, 2025

cc: James Doherty, pro se